UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

VANOIL COMPLETION SYSTEMS LLC     CASE NO. 6:18-CV-00412

VERSUS     JUDGE ROBERT R. SUMMERHAYS

US PTC INC     MAGISTRATE JUDGE HANNA

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the motion to dismiss [Rec. Doc. 9], pursuant to Federal Rule of Civil Procedure 12(b)(2), filed by defendant PTC do Brasil Tecnologia Petroleo LTDA, is hereby **DENIED**, consistent with the report and recommendation.

Signed in Lafayette, Louisiana on October 24, 2018.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE